IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| JESSICA LYNNE DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> FOUNDATION TITLE LLC, *et al.*, <br><br> Defendants. | HONORABLE KAREN M. WILLIAMS <br><br><br> Civil Action <br> No. 1:25-cv-14765-KMW-EAP <br><br><br> **ORDER** |

**THIS MATTER** having come before the Court by way of the "Notice of Removal" of *pro se* plaintiff Jessica Lynne Davis ("Plaintiff"), purportedly filed under 28 U.S.C. § 1441; the Court having reviewed the aforementioned submission (ECF Nos. 1); and further observing Plaintiff's recent acknowledgement that her filing of the same was both erroneous and improper (ECF No. 5);

**IT IS** this **5ᵗʰ** day of **September 2025** hereby **ORDERED** as follows:

A.     Plaintiff's Notice of Removal (ECF No. 1) is deemed **WITHDRAWN**;

B.     Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 20) is **DENIED AS MOOT**;

C.     The Clerk of Court shall mark this matter as **CLOSED**.

KAREN M. WILLIAMS
U.S. DISTRICT COURT JUDGE